**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **KRISTOPHER CHAD AUBREY,** | ) | |
| **ID # 1937966,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:15-CV-2232-P** |
| | ) | |
| **LUPE VALDEZ, et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The Court thus accepts the Findings and Conclusions of the Magistrate Judge and adopts them. Accordingly, the Court summarily dismisses Plaintiff's claims against Defendant Lew Sterrett Justice Center with prejudice as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b). The Clerk of Court is directed to terminate Lew Sterrett Justice Center as a party on the docket of this action.

**SIGNED this 20th day of November, 2015.**

*Jorge A. Solis*

**JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE**